IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

ANTHONY L. BRAGG                                                 PLAINTIFF

V.                                CASE NO. 3:15-CV-3023

MIKE MOORE, Boone County Sheriff                    DEFENDANT

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 28) filed in this case on July 18, 2016, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY.** Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Summary Judgment (Doc. 17) is **GRANTED** and Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED** on this 17th day of August, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE